## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ORLANDO JANSEN (J)  CASE NO: 00-4242-SNOW
AUSA: DUTY / Duty  ATTY:
AGENT: DEA  VIOL: 21:846; 841(a)(1)
PROCEEDING: I/A ON COMPLAINT  RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: William Norris
BOND SET @:  To be cosigned by:

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Advised of charges*
*sworn for counsel*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10-25 | 10 | BSS | |
| PRELIM/ARRAIGN, OR REMOVAL: | 11-3 | 11 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 10-20-00  TIME: 9:00  FTL/LSS TAPE # 00 - 055  Begin: 361  End: 908