UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 555009-004

UNITED STATES OF AMERICA )
            Plaintiff )  Case Number: CR _____
                      )  REPORT COMMENCING CRIMINAL
        -vs-          )         ACTION
                      )
 Orlando Jose Angel   )
_____
        Defendant

*********************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-19-2000    3:00   am/pm

(2) Language Spoken: _____

(3) Offense(s) Charged: Conspiracy to Possess With Intent
                        to Distribute MDMA

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 02-22-1964

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date 6-20-2000    (9) Arresting Officer: SA Shumate

(10) Agency: DEA    (11) Phone (561) 684-8000

(12) Comments: _____