| | |
|---|---|
| DEFT: Orlando Jansen (J)# | CASE NO: 00-4242-LSS |
| AUSA: Jeff Kay *pres* | ATTNY: cja- Bill Norris *pres* |
| AGENT: | VIOL: |
| PROCEEDING: PTD HEARING | BOND REC: |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
OCT 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Gov't proceeded by
proffer
S/A Brian Shanahan
sworn for cross

PTD ordered

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. ~~XXXX~~ OR REMOVAL: | 11-3-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: | 10-25-00 | TIME: 10:00am | TAPE # 00-08/ PG # @ 1245 |

and 00-082 end 276

18BN