JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6318**CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

21 USC 846
21 USC 841(a)(1)
18 USC 2

UNITED STATES OF AMERICA,       :

v.                              :

OSWALDO RENFRUM,
EUGENE MIERAK, and
ORLANDO JANSEN,                 :

      Defendants.          :

_____

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about October 1, 2000, to on or about October 19, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

      OSWALDO RENFRUM,
      EUGENE MIERAK, and
      ORLANDO JANSEN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to possess with intent to distribute and distribute a Schedule I controlled substance, that is, approximately 50,000 tablets of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymeythamphetamine/MDMA (Ecstasy), in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about October 19, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> OSWALDO RENFRUM,
> EUGENE MIERAK, and
> ORLANDO JANSEN,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule I controlled substance, that is, approximately 50,000 tablets of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymeythamphetamine/MDMA (Ecstasy), in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]*

GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***
OSWALDO RENFRUM, EUGENE MIERAK,
ORLANDO JANSEN
_____   **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)      Yes ___   No ___
                                   Number of New Defendants   ___
___ Miami  ___ Key West           Total number of counts     ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:         (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I     0 to 5 days       _X_      Petty        ___
   II    6 to 10 days      ___      Minor        ___
   III   11 to 20 days     ___      Misdem.      ___
   IV    21 to 60 days     ___      Felony       _X_
   V     61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No. _____00-4242-LSS_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _10/19/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____
   Is this a potential death penalty case? (Yes or No)_____NO_____
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    JEFFREY H. KAY
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. 208035

*Penalty Sheet(s) attached                                    REV.6/27/00

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: <u>ORLANDO JANSEN</u>   No.: _____

Count #: 1  <u>Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846</u>

*Max Penalty: <u>Up to twenty years' maximum imprisonment, $1,000,000 fine</u>

Count #: 2 <u>Possession w/intent to distribute Ecstasy; in violation of 21 U.S.C.§841(a)(1)</u>

*Max Penalty: <u>Up to twenty years' maximum imprisonment; $1,000,000 fine</u>

Count #: _____

*Max Penalty: _____

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: <u>EUGENE MIERAK</u>   No.: _____

Count #: 1  <u>Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846</u> _____

*Max Penalty: <u>Up to twenty years' maximum imprisonment, $1,000,000 fine</u> _____

Count #: 2 <u>Possession w/intent to distribute Ecstasy;  in violation of 21 U.S.C.§841(a)(1)</u>

*Max Penalty :  <u>Up to twenty years' maximum imprisonment; $1,000,000 fine</u> _____

Count #: _____

*Max Penalty: _____

_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: OSWALDO RENFRUM___     No.: _____

Count #: 1   Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846 _____

*Max Penalty: Up to twenty years' maximum imprisonment, $1,000,000 fine _____

Count #: 2 Possession w/intent to distribute Ecstasy;  in violation of 21 U.S.C.§841(a)(1) __

*Max Penalty :   Up to twenty years' maximum imprisonment; $1,000,000 fine _____

Count #: _____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96