COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

| | |
|---|---|
| DEFT: Orlando Jansen (J)# | CASE NO: 00-6318-CR-Dimitrouleas ~~00-4242-Snow~~ |
| AUSA: Jeff Kay /Rice | ATTNY: Bill Norris  present |
| AGENT: | VIOL: |
| PROCEEDING: ~~Prelim~~/Arraignment | BOND REC: |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

reading of indictment waived

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 11-17-00 | 11:00am | Snow |
| DATE: 11-3-00 | TIME: 11:00 | TAPE # 00-089  PG # 8 | |

2943 – 3134