UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

2000 CASE NO.
00-6318-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Orlando Jansen

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    11-3-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:                    Address:_____ In Custody _____

_____

Telephone:_____

DEFENSE COUNSEL:         Name:_____ Bill Norris _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:    $_____ Cont's in custody _____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this____3____day of ____November_____, 20_00__.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
Deputy Clerk

Tape No.____00-089____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

