HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by _D.C._
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

DEFT __CRAIG NEAL_____ CASE NO: __00-6304-CR-FERGUSON__
AUSA __BRUCE BROWN__ /Powell   ATTY __FPD Amargen__ G
_No pending motion_   _for Deruba_
_Disc cut_           _00-C 3011_
_possibly a plea_

DEFT __MACKIE SHIVERS_____ CASE NO: __99-6116-CR-DIMITROULEAS__
AUSA __SCOTT BEHNKE__ /Powell   ATTY __MICHAEL ZELMAN__
_Disc cut - no pending motion_
                              _e 2044_

DEFT __JERMAINE WILLIAMS, etal_____ CASE NO: __00-6312-CR-ROETTGER__
AUSA __TOM LANIGAN_____ ATTY __FPD Wilcox__
BARRY WAX, ESQ. for Lowen Espineuva  _m/cue 12/13_
_Wilcox stood in._                           _e 2/14_
_Disc cut - 1 motion pending - m/to continue to be filed_

DEFT __OSWALDO RENFRUM, etal_____ CASE NO: __00-6318-CR-DIMITROULEAS__
AUSA __JEFFREY KAY__ pres         ATTY __FPD Amargen__
HOWARD GREITZER, ESQ. for Eugen Mierak
WILLIAM NORRIS, ESQ. for Orlando Jansen        _© 2207_
DEFT _motions due 12/1_____ CASE NO: _____
AUSA _____ ATTY _____



DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __11-17-00_____ TIME __11:00__