**CRIMINAL MINUTES**

FILED by _____ D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6318-Cr-WPD   DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: Dutch

UNITED STATES OF AMERICA   VS. Renfrum, Muerah, Jausen

U.S. ATTORNEY: Jeff Kay      DEFT. COUNSEL: Sam Smargon, Howard
Bill nons not present   Greg Bir

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' motion to Continue are granted. Court finds the time from today until 12/7 deemed excludable.

✳ Oswaldo Renfrux Reset for 12/7 for Calendar Call +/or change of plea @ 1:00

✳ Eugene Muerah Reset for 12/7 @ 1:00 for change of plea, or Calendar Call 1/12/01 @ 9:00 & 1/16/01 for trial period.

CASE CONTINUED TO: 12/7/00   TIME: 1:00   FOR: Status

✳ MISC: Orlando Jausens case Reset for 12/7/00 @ 1:00 for Calendar Call.

60/69