**CRIMINAL MINUTES**

FILED _____ D.C.
DEC 07

CLARENCE
CLERK U.S. DIST
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6318-CR-WPD   DATE: December 7, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA VS. Orlando Jansen

U.S. ATTORNEY: Jeffrey Kay   DEFT. COUNSEL: William Norris

REASON FOR HEARING: Change of plea

RESULT OF HEARING: What sworn & questioned by the court; willie to plead guilty to count 1. Gov't agrees to dismiss count 2 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 2/16/01   TIME: 11:30   FOR: Sentencing

MISC: written plea agreement filed

