UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6318-CR-DIMITROULEAS

    Plaintiff,

vs.

ORLANDO JANSEN,

    Defendant.
_____/

### ORDER GRANTING REQUEST FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Probation's January 2, 2001 Request For Continuance, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is set for <u>March 16, 2001 at 11:00 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale. Broward County, Florida, this ____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Norris, Esquire
3225 Aviation Avenue, #300
Coral Gables, FL 33133

Jeff Kay, AUSA

Gregory R. Jenkins, USPO

