UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

ORLANDO JANSEN,

    Defendant
_____ /

## DEFENDANT ORLANDO JANSEN'S MOTION TO CONTINUE SENTENCING

Defendant Orlando Jansen moves this court to continue his sentencing date from 11:00 a.m. on Friday, March 16, 2001 until at or after 3:00 p.m. on Friday March 23, 2001.

Counsel for Mr. Jansen continues to be in trial before the Honorable Joan Lenard and expects to be in trial on March 23, but the trial day is expected to end at 2:00 p.m. AUSA Jeff Kay has no objection to this motion. Mr. Jansen's codefendant is scheduled to be sentenced on that day.

I certify that a true and correct copy of the foregoing was mailed this 14th day of March, 2001 to: AUSA Jeffery H. Jay, 500 East Broward Blvd, Suite



700, Ft. Lauderdale, FL 33394.

Respectfully submitted,

*William M Norris*
*William M Norris*

William M. Norris
William M. Norris, P.A.
7685 S.W. 104th Street, Ste 220
Miami, FL 33156
Tel: 305-661-6118
Fax: 306-667-6161