UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ORLANDO JANSEN,

Defendant.
_____/

CASE NO. 00-6318-CR-DIMITROULEAS



FILED by _____ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's March 15, 2001 Motion For Continuance of Sentencing [DE-76], and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is reset to March 23, 2001 at 4:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William M. Norris, Esquire
7685 S.W. 104th Street, #220
Miami, FL 33156

Jeff Kay, AUSA

