**CRIMINAL MINUTES**

FILED _____ D.C.
MAR 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6318-Cr-WPD   DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez   INTERPRETER: Dutch

UNITED STATES OF AMERICA   VS. Orlando Jansen

U.S. ATTORNEY: Jill Kay   DEFT. COUNSEL: William Norris

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 46 months BOP, 3 years Supervised Release, No Fine, $100.00 Assessment.

Gvt's motion to dismiss Count 2 ⊘ Granted.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

78