DEFENDANT: **JANSEN, ORLANDO**
CASE NUMBER: **00-6318-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 Months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ At      A.m. / p.m. on

    ☐ as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    ☐ Before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _4-25-01_ To _ACF_

at _White Deer, PA_, with a certified copy of this judgment.

**SUSAN GERLINSKI**
**WARDEN**
~~UNITED STATES MARSHAL~~

By _____
Deputy ~~U.S. Marshal~~